# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICKY TEJADA, | : No. 613 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : |
| JON D. FISHER, SUPERINTENDENT, CAPTAIN SUNDERLAND, JOHN/JANE DOE, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.